# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

11/9/11

FILED
11 NOV -9 PM 3: 52
U.S. BANKRUPTCY COURT
W.D.N.Y.-ROCHESTER

# 8491
# 3.12
11/9/11
MT

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

Re: BLASCHEK, TODD A., aka Todd Anthony / Case # 09-21290
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $3.12. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

\_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

**X** The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant  Wegmans Food Markets I       Amount $ 3.12       Claim Register #   3

DOUGLAS J. LUSTIG
Trustee

1600 Crossroads Building        585 232 3730
Two State Street                FAX 585 232 3882        CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614-1397        www.cdog.com

Case 2-09-21290-JCN    Doc 114    Filed 11/09/11    Entered 11/10/11 15:38:09    Desc
Main Document    Page 1 of 1